Joseph Tyler v. The Board of Supervisors of Oceana County.

*Mandamus—Failure to frame issue—Compensation of sheriff.*

Where the answer of the board of supervisors to the petition of the sheriff for a *mandamus* to compel the auditing of his account for serving a requisition sets up as a defense the payment of the account by a third party, and the relator proceeds

to a hearing upon the petition and answer, the answer must be taken as true, and the application will be denied.

*Mandamus.*    Argued October 4, 1892.    Denied November 18, 1892.

Relator applied for *mandamus* to compel the allowance of his bill for services rendered in serving a requisition. The facts are stated in the opinion.

*Fred J. Russell* and *John D. S. Hanson,* for relator.

*H. W. Harpster,* Prosecuting Attorney, for respondent.

PER CURIAM.   The relator is sheriff of Oceana county, and presented a bill to respondent for services rendered and expenses incurred in serving a requisition issued by the Governor of the State, and directed to the governor of the state of Montana, for the apprehension of one Charles E. McClure. The petition sets out that these services were rendered at the request of the prosecuting attorney of the county, and that the board of supervisors refused to audit the bill. The answer of the board sets up that one John V. Cahill, who was surety on the appearance bond for McClure, undertook to pay relator for his expenses and services, and that he had made such payment, and that the board so found when the bill was presented.

The relator proceeded to hearing without asking that any issue be framed, and, under these circumstances, the answer of respondent must be taken as true.   *Merrill v. County Treasurer,* 61 Mich. 95; *Murphy v. Town Treasurer,* 56 Id. 505; *Hickey v. Supervisors,* 62 Id. 100; *Post v. Township Board,* 63 Id. 324.

The application must be denied, with costs.